351 U.S. 975, 76 S.Ct. 1041.

Eddie L. BURDIX, petitioner, **v.** **UNITED STATES** of America.

No. 784, Misc.

Supreme Court of the United States.

June 4, 1956.

Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit.

Denied.